# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32562**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Samuel D. SYLVIA**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 8 July 2019

————————————

*Military Judge:* W. Shane Cohen.

*Approved sentence:* Bad-conduct discharge, confinement for 175 days, and reduction to E-1. Sentence adjudged 29 August 2018 by SpCM convened at Moody Air Force Base, Georgia.

*For Appellant:* Lieutenant Colonel Garrett M. Condon, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF.

Before JOHNSON, POSCH, and RAMÍREZ, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court